**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 721 MAL 2018

                      Respondent       :

                               :   Petition for Allowance of Appeal from

                               :   the Order of the Superior Court

              v.                 :

                               :

LEONARD D. BERNARD,          :

                               :

                   Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.